Submitted April 28, affirmed June 3, 2020

In the Matter of K. R. B.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

K. R. B.,
*Appellant.*

Lane County Circuit Court
19CC03318; A171412

464 P3d 171

Maurice K. Merten, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Powers, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. S. M. P.*, 299 Or App 202, 447 P3d 84 (2019).